B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **New Life Physicians, PLLC**  
Debtor(s)

Case No. **315-00118**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Candela Laser Corporation** c/o Law Offices of Barry J Gammons 209 10th Ave S Ste 525 Nashville, TN 37203 | **Candela Laser Corporation** c/o Law Offices of Barry J Gammons 209 10th Ave S Ste 525 Nashville, TN 37203 | | | 7,000.00 |
| **Crye-Leike Property Management** 5111 Peter Taylor Park Dr Ste 700 Brentwood, TN 37027 | **Crye-Leike Property Management** 5111 Peter Taylor Park Dr Ste 700 Brentwood, TN 37027 | **Property Lease** | | 11,709.45 |
| **DCA Pharmacy Diabetes Corporation of America** 4701 Trousdale Dr #205 Nashville, TN 37220 | **DCA Pharmacy Diabetes Corporation of America** 4701 Trousdale Dr #205 Nashville, TN 37220 | | | 13,542.00 |
| **De Lage Landen Financial Services** Attn: Joanne Smith/Bankruptcy 1111 Old Eagle School Rd Wayne, PA 19087 | **De Lage Landen Financial Services** Attn: Joanne Smith/Bankruptcy 1111 Old Eagle School Rd Wayne, PA 19087 | | | 2,926.39 |
| **eMed Healthcare** PO Box 25946 Little Rock, AR 72221 | **eMed Healthcare** PO Box 25946 Little Rock, AR 72221 | | | 1,771.87 |
| **Frost Brown Todd LLC** Client Accounting PO Box 70087 Louisville, KY 40270-0087 | **Frost Brown Todd LLC** Client Accounting PO Box 70087 Louisville, KY 40270-0087 | | | 17,724.71 |
| **Itamar Medical Inc.** 842 Upper Union St Ste 2 Franklin, MA 02038 | **Itamar Medical Inc.** 842 Upper Union St Ste 2 Franklin, MA 02038 | | | 3,000.00 |
| **Jackson Thornton Technologies** PO Box 96 200 Commerce St Montgomery, AL 36101-0096 | **Jackson Thornton Technologies** PO Box 96 200 Commerce St Montgomery, AL 36101-0096 | | | 14,966.51 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Laboratory Corporation of America<br>c/o Johnson Legal Network PLLC<br>535 Wellington Way Ste 380<br>Lexington, KY 40503 | Laboratory Corporation of America<br>c/o Johnson Legal Network PLLC<br>535 Wellington Way Ste 380<br>Lexington, KY 40503 | | | 6,000.00 |
| Lattimore Black Morgan & Cain PC<br>5250 Virginia Way<br>PO Box 1869<br>Brentwood, TN 37024-1869 | Lattimore Black Morgan & Cain PC<br>5250 Virginia Way<br>PO Box 1869<br>Brentwood, TN 37024-1869 | | | 8,600.00 |
| M&T Bank<br>PO Box 62176<br>Baltimore, MD 21264 | M&T Bank<br>PO Box 62176<br>Baltimore, MD 21264 | | | 5,464.25 |
| Nuvox/Windstream<br>c/o McCarthy Burgess & Wolff<br>26000 Cannon Rd<br>Cleveland, OH 44146 | Nuvox/Windstream<br>c/o McCarthy Burgess & Wolff<br>26000 Cannon Rd<br>Cleveland, OH 44146 | | | 680.05 |
| One Call Technology<br>311 S Royal Oaks Blvd<br>Franklin, TN 37064 | One Call Technology<br>311 S Royal Oaks Blvd<br>Franklin, TN 37064 | | | 1,485.57 |
| Pinnacle Bank<br>Pinnacle Financial Partners<br>150 3rd Ave S Ste 900<br>Nashville, TN 37201-2034 | Pinnacle Bank<br>Pinnacle Financial Partners<br>150 3rd Ave S Ste 900<br>Nashville, TN 37201-2034 | | | 107,045.00 |
| Pinnacle Bank<br>Pinnacle Financial Partners<br>150 3rd Ave S Ste 900<br>Nashville, TN 37201-2034 | Pinnacle Bank<br>Pinnacle Financial Partners<br>150 3rd Ave S Ste 900<br>Nashville, TN 37201-2034 | | | 60,068.00 |
| Practice Builders<br>One Technology Dr Bldg I Ste 829<br>Irvine, CA 92618 | Practice Builders<br>One Technology Dr Bldg I Ste 829<br>Irvine, CA 92618 | | | 1,926.01 |
| ReadyCap Lending LLC<br>c/o B. Anthony Saunders<br>2525 West End Ave Ste 1500<br>Nashville, TN 37203 | ReadyCap Lending LLC<br>c/o B. Anthony Saunders<br>2525 West End Ave Ste 1500<br>Nashville, TN 37203 | | | 425,000.00 |
| Stericycle Inc.<br>4010 Commercial Ave<br>Northbrook, IL 60062 | Stericycle Inc.<br>4010 Commercial Ave<br>Northbrook, IL 60062 | | | 3,029.79 |
| US Bank Equipment Finance<br>c/o David Brock East<br>101 N Maple St<br>Murfreesboro, TN 37130 | US Bank Equipment Finance<br>c/o David Brock East<br>101 N Maple St<br>Murfreesboro, TN 37130 | | | 60,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **New Life Physicians, PLLC**                                   Case No. **315-00118**
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| WSMV Television<br>c/o Szabo Associates Inc.<br>3355 Lenox Rd NE Ste 945<br>Atlanta, GA 30326-1332 | WSMV Television<br>c/o Szabo Associates Inc.<br>3355 Lenox Rd NE Ste 945<br>Atlanta, GA 30326-1332 | | | 33,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 8, 2015**                Signature **/s/ Linda Morgan Moor, MD**
                                                  **Linda Morgan Moor, MD**
                                                  **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.